7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Keith Craig Willis and Christina Dawn Willis
*Debtor*

*Bankruptcy Case No.*
13−21104−drd7

**Discover Bank**
    Plaintiff(s)

*Adversary Case No.*
13−02044−drd

v.

**Christine Dawn Willis**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Discover Bank shall have judgment against Christina Dawn Willis $5,492.64, and such judgment is non−dischargeable. Execution on such judgment is STAYED through March 15, 2014. If Christina Dawn Willis shall pay to Discover Bank the sum of $3,000.00 on or before March 15, 2014, then this Judgment shall be fully satisfied, and Plaintiff shall file Satisfaction on the records of this Court promptly thereafter. If such payment is not timely made, then execution may issue upon this Judgment.

    Ann Thompson
    Court Executive

    By: /s/ Kim McClanahan
        Deputy Clerk



Date of issuance: 1/13/14

Court to serve